DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: dustin@fumolaw.com
Alternative email: Kristine.fumolaw@gmail.com
Attorney for Defendant
JAVIER GONZALEZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JAVIER GONZALEZ,<br><br>    Defendant | 2:22-CR-00024-CDS-EJY<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING<br><br>(1st Request) |

IT IS HEREBY STIPULATED by and between JAVIER GONZALEZ, defendant, by and through counsel DUSTIN R. MARCELLO, ESQ., and the United States of America, by and through, ALLISON REESE, Assistant United States Attorney, that sentencing be continued from June 1, 2023, at 11:00 am, at a time convenient to the court, in 45 days. The stipulation is as follows:

1. Mr. Gonzalez is currently in custody.

2. Mr. Gonzalez does not object to the request to continue sentencing.

3. The PSR was obtained by counsel on April 18, 2023.

4. The PSR noted that Defendant has an outstanding bench warrant in Clark County District Court Case No.: C-21-361079-1. The circumstances are that Mr. Gonzalez was sentenced to probation in that case and then transferred directly from State custody to Federal custody on this case. Thereafter, Nevada Probation office

requested a warrant because Mr. Gonzalez had not reported to their office to begin probation.

5. Counsel has spoken to Mr. Gonzalez' State counsel and he has agreed to file a motion to quash and resolve the case or fix the issue.

6. It will take some period to transfer Mr. Gonzalez, Counsel would estimate 45 days, on a writ to be sentenced or have his sentence modified in State Court.

7. Counsel has spoken to the Government and it has no objection and stipulates to a continuance.

8. This is the first request to continue sentencing.

DATED this 19th day of May 2023

Respectfully submitted.

PITARO & FUMO, CHTD.

JASON M. FRIERSON
UNITED STATES ATTORNEY

/s/ Dustin R. Marcello, Esq.
DUSTIN R. MARCELLO, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
ATTORNEY FOR DEFENDANT
JAVIER GONZALEZ

/s/ Allison Reese , Esq.
ALLISON REESE, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: dustin@fumolaw.com
Alternative email: Kristine.fumolaw@gmail.com
Attorney for Defendant
JAVIER GONZALEZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JAVIER GONZALEZ,<br><br>    Defendant | 2:22-CR-00024-CDS-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER<br><br><br>(1st Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

9. Mr. Gonzalez is currently in custody.

10. Mr. Gonzalez does not object to the request to continue sentencing.

11. The PSR was obtained by counsel on April 18, 2023.

12. The PSR noted that Defendant has an outstanding bench warrant in Clark County District Court Case No.: C-21-361079-1. The circumstances are that Mr. Gonzalez was sentenced to probation in that case and then transferred directly from State custody to Federal custody on this case. Thereafter, Nevada Probation office

requested a warrant because Mr. Gonzalez had not reported to their office to begin probation.

13. Counsel has spoken to Mr. Gonzalez' State counsel and he has agreed to file a motion to quash and resolve the case or fix the issue.

14. It will take some period to transfer Mr. Gonzalez, Counsel would estimate 30-45 days, on a writ to be sentenced or have his sentence modified in State Court

15. Counsel has spoken to the Government and it has no objection and stipulates to a continuance.

16. There would be no prejudice to the Government by continuing the sentencing.

17. This is the first request to continue sentencing.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance of sentencing outweigh the best interest of the public and defendants in a speedy resolution since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS ORDERED** that sentencing currently scheduled for June 1, 2023, at the hour of 11:00 a.m., is vacated and continued to July 24, 2023, at the hour of 11:00 a.m. in Courtroom 6B.

DATED: May 23, 2023

_____
U.S. DISTRICT JUDGE