# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

     Plaintiff

v.

Javier Gonzalez,

     Defendant

Case No. 2:22-cr-00024-CDS-EJY

**Order Approving Stipulation and Vacating Hearing**

[ECF No. 112]

Good cause appearing, the parties' stipulation **[ECF No. 112] is approved**.

IT IS THEREFORE ORDERED that the petition (ECF No. 94) is dismissed without prejudice.

IT IS FURTHER ORDERED that the hearing set for Tuesday, May 19, 2026, at 1:00 p.m. is vacated.

Dated: May 14, 2026

_____
UNITED STATES DISTRICT JUDGE